**Order filed September 10, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00402-CV

_____

## CARLOS RODRIGUEZ, Appellant

## V.

## S.A. DUVALL, Appellee

**On Appeal from the 151st District Court
Harris County, Texas
Trial Court Cause No. 2017-04585**

# O R D E R

The clerk's record was filed August 11, 2020. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain:

(1) Plaintiff's Notice of Non-Suit filed August 18, 2020

(2) Order on Plaintiff's Non-Suit Against Defendant Sovereign Services of Houston filed August 18, 2020

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **September 21, 2020**, containing the above two items.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.